IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MECQUON GOODWIN,

                Plaintiff,                ORDER

  v.

                                                 16-cv-96-jdp

TAMMY MAASSEN, DR. KENNETH ADLER,
SUSAN NYGREN, DR. ENRIQUE LUY,
WILLIAM MCCREEDY, DR. WILLIAMS,
BARBARA BEHRAND, and DR. TIMOTHY CORRELL[1],

                Defendants.

---

In an order entered on June 2, 2016, plaintiff Mecquon Goodwin was granted leave to proceed *in forma pauperis* against defendants Tammy Maassen, Dr. Kenneth Adler, Susan Nygren, Dr. Enrique Luy, William McCreedy, Dr. Williams, Barbara Behrand and Dr. Timothy Correll. Pursuant to an informal service agreement between the Wisconsin Department of Justice and this court, the Attorney General's office has filed an Acceptance of Service of plaintiff's complaint on behalf all defendants, except Dr. Williams.

Although the Attorney General's office has indicated that it cannot identify defendant Dr. Williams, plaintiff may be able to provide further information about Dr. Williams which will allow defendant to be served later in this case. Even though plaintiff does not know the full name of Dr. Williams, "when the substance of a pro se civil rights complaint indicates the existence of claims against individual officials not named in the caption of the complaint, the district court must provide the plaintiff with an opportunity to amend the complaint."

---

[1] I have amended the caption to replace T. Maassen with the name Tammy Maassen; Dr. Ken Adler with the name Dr. Kenneth Adler; Dr. Luy with Dr. Enrique Luy; B. Behrand with Barbara Behrand; and Dr. T. Correll with Dr. Timothy Correll as identified in the Acceptance of Service.

*Donald v. Cook County Sheriff's Department*, 95 F.3d 548, 555 (7th Cir. 1996). Magistrate Judge Stephen Crocker will discuss with the parties, at the soon-to-be-scheduled preliminary pretrial conference, the most efficient way to obtain the identification of this defendant, and will set a deadline for plaintiff to amend the complaint to include this defendant.

The Attorney General's office has agreed to accept electronic service of documents on behalf of the defendants it represents through the court's electronic filing system. This means that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document filed with the court to the Attorney General's office or defendants Tammy Maassen, Dr. Kenneth Adler, Susan Nygren, Dr. Enrique Luy, William McCreedy, Barbara Behrand and Dr. Timothy Correll. If the identity of defendant Dr. Williams is ascertained, the Attorney General's Office will decide whether to accept electronic service on defendant's behalf. Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the preliminary pretrial conference.

Entered this 29th day of June, 2016.

        BY THE COURT:

        /s/
        PETER OPPENEER
        Magistrate Judge