IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MECQUON GOODWIN,

              Plaintiff,

v.

KENNETH ADLER, SUSAN NYGREN,
ENRIQUE LUY, WILLIAM KELLEY,
BARBARA BEHRAND, and TIMOTHY CORRELL,

              Defendants.

ORDER

16-cv-96-jdp

---

      Plaintiff Mecquon Goodwin, a Wisconsin prisoner now incarcerated at the Sturtevant Transitional Facility, is proceeding on Eighth Amendment deliberate indifference claims. Goodwin alleges that defendants failed to treat Goodwin's MSSA (methicillin-sensitive Staphylococcus aureus) infection and MSSA septicemia despite his persistent complaints. I have denied defendants' motion for summary judgment, granted Goodwin's motion for assistance in recruiting counsel, and stayed the proceedings. Dkt. 71.

      Attorney Stephen Howe of the law firm Merchant & Gould P.C., has agreed to represent Goodwin, with the understanding that he will serve as counsel with no guarantee of compensation. I have granted Goodwin's motion for assistance in recruiting counsel only as to the proceedings before this court.[1]

      Goodwin now has counsel, so he may not communicate directly with the court from this point forward. He must work directly with his counsel and must allow him to exercise

---

[1] Proceedings before this court include all matters leading up to a final judgment on the merits, and if appropriate, the filing of a notice of appeal and the transfer of the record to the Seventh Circuit.

professional judgment. Goodwin may not require counsel to raise frivolous arguments or to require him to follow his every directive. He should be prepared to accept the strategic decisions of his counsel even if he disagrees with them. If Goodwin decides to end the counsel's representation, he is free to do so, but it is unlikely that the court will assist him in recruiting counsel again.

I will direct the clerk of court to set a scheduling conference before Magistrate Judge Stephen Crocker. I note that Goodwin had no opportunity to obtain a medical expert and that ensuring a fair opportunity for Goodwin to litigate this case may warrant additional discovery.

ORDER

IT IS ORDERED that the clerk of court is directed to schedule a telephone conference before Magistrate Judge Stephen Crocker.

Entered March 6, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge